

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00398-CR

| | | |
|---|---|---|
| DANIEL WILLIAM MOHLER, Appellant | § | On Appeal from |
| | § | Criminal District Court No. 3 |
| | § | of Tarrant County (1345064D) |
| | § | October 15, 2020 |
| V. | § | Memorandum Opinion by Justice Kerr |
| | § | Dissenting Memorandum Opinion by |
| | § | Justice Gabriel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the trial court's judgment showing a conviction for "indecency with a child—contact, by touching the anus (lesser[-

]included offense of count one)," and we reform that judgment to delete that conviction.

We affirm the trial court's judgment showing a conviction for "indecency with a child—contact, by touching the genitals (lesser[-]included offense of count one)."

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
     Justice Elizabeth Kerr